479 A.2d 1107

Commonwealth v. Smith, Appellant.

Submitted March 23, 1984. Robert G. Yeatts, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.